IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO.  DNCW1:04CR45-1 |
| | ) | (Financial Litigation Unit) |
| CALVIN BOYD, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| MANUFACTURING SERVICES, INC., | ) | |
| Garnishee. | ) | |

## DISMISSAL OF ORDER OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Writ of Continuing Garnishment filed in this case against Defendant, Calvin Boyd, is DISMISSED.

Signed: September 10, 2012

Dennis L. Howell
United States Magistrate Judge