IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. DNCW1:04CR45-1 |
| vs. | ) (Financial Litigation Unit) |
| | ) |
| | ) |
| CALVIN BOYD. | ) |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and MANUFACTURING SERVICES, INC.:

A judgment was entered on January 4, 2006, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Calvin Boyd, whose last known address is XXXXXXXX, Shelby, NC 28150, in the sum of $487,353.42. The balance on the account as of September 10, 2012 is $466,573.95.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Manufacturing Services, Inc. is commanded to **turn over property** in which Defendant, Calvin Boyd, Social Security Number XXX-XX-5363, has a substantial nonexempt interest, the said property being any and all funds held in accounts by Manufacturing Services, Inc., including, but not limited, to any retirement accounts (ex. 401k), accounts in the name of Calvin Boyd, at the following address: Manufacturing Services, Inc., Po Box 744, Bessemer City, NC 28016.

Signed: September 11, 2012

_____
Dennis L. Howell
United States Magistrate Judge